QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE NATIVIDAD SANCHEZ-CALDERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 0:05-Cr-00268 OWW |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE HEARING AND RESETTING FOR CHANGE OF PLEA AND ORDER THEREON |
| v. | |
| JOSE NATIVIDAD SANCHEZ-CALDERON, | |
| Defendant. | Date: October 17, 2005<br>Time: 1:30 P.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference hearing in the above-entitled matter now set for September 26, 2005, may be continued to October 17, 2005, at 1:30 P.M., and reset for change of plea hearing.**

This stipulation is requested by counsel for defendant to complete negotiation and preparation of a plea agreement.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: September 22, 2005       By:   /s/ Francine Zepeda with consent of
                                      MARIANNE PANSA
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

QUIN DENVIR
Federal Public Defender

DATED: September 22, 2005       By:   /s/ Francine Zepeda
                                      FRANCINE ZEPEDA
                                      Assistant Federal Defender
                                      Attorneys for Defendant
                                      JOSE NATIVIDAD SANCHEZ-CALDERON

**O R D E R**

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

DATED: September 23, 2005

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California

Stipulation Continuing Status Conference Hearing
and Resetting for Change of Plea
and [Proposed] Order Thereon                    2