DENNIS S. WAKS, Bar #142581
Acting Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE NATIVIDAD SANCHEZ-CALDERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE NATIVIDAD SANCHEZ-CALDERON,<br><br>    Defendant. | NO. 1:05-Cr-00268 OWW<br><br>STIPULATION CONTINUING STATUS CONFERENCE/CHANGE OF PLEA HEARING AND ORDER THEREON<br><br>Date: January 24, 2006<br>Time: 9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference/change of plea hearing in the above-entitled matter now set for January 13, 2006, may be continued to January 24, 2005, at 9:00 A.M.**

This stipulation is requested by counsel for defendant to complete negotiation and preparation of a plea agreement.

///
///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests
2  of justice, including but not limited to, the need for the period of time set forth herein in the interest of
3  justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i),
4  and 3161(h)(8)(B)(iv).

```
                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED: January 6, 2006         By:     /s/ Marianne A. Pansa
                                        MARIANNE A. PANSA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DENNIS S. WAKS
                                        Acting Federal Public Defender


DATED: January 6, 2006         By:     /s/ Francine Zepeda
                                        FRANCINE ZEPEDA
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        JOSE NATIVIDAD SANCHEZ-CALDERON
```

**O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

DATED: January  10 , 2006

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California