DENNIS S. WAKS, Bar #142581
Acting Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE NATIVIDAD SANCHEZ-CALDERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE NATIVIDAD SANCHEZ-CALDERON,<br><br>　　　　　　Defendant. | NO. 1:05-Cr-00268 OWW<br><br>STIPULATION CONTINUING STATUS CONFERENCE/CHANGE OF PLEA HEARING AND ORDER THEREON<br><br>Date:　February 7, 2006<br>Time:　9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference/change of plea hearing in the above-entitled matter now set for January 27, 2006, may be continued to February 7, 2005, at 9:00 A.M.**

This stipulation is requested by counsel for defendant to  complete negotiation and preparation of a plea agreement.

///
///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests
2  of justice, including but not limited to, the need for the period of time set forth herein in the interest of
3  justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i),
4  and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 24, 2006       By:  /s/ Marianne A. Pansa
                                   MARIANNE A. PANSA
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


                                   DENNIS S. WAKS
                                   Acting Federal Public Defender

DATED: January 24, 2006       By:  /s/ Francine Zepeda
                                   FRANCINE ZEPEDA
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   JOSE NATIVIDAD SANCHEZ-CALDERON

## **O R D E R**

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

DATED: January  27 , 2006

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California

Stipulation Continuing Status Conference/Change
of Plea Hearing and [Proposed] Order Thereon         2